UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Aaron Smith, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiffs*,

- against -

Proguard Protection Inc., Robert Hall, and Richard Stanley,

                              *Defendants*.

------------------------------------------------------------X

Case No.: 23-cv-03694

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned of Levin-Epstein & Associates, P.C. hereby appears in the above-captioned case on behalf of Plaintiff Aaron Smith (the "Plaintiff") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

        LEVIN-EPSTEIN & ASSOCIATES, P.C.
        60 East 42nd Street, Suite 4700
        New York, New York 10165

Dated: May 2, 2023
       New York, New York

                        By:    /s/*Joshua D. Levin-Epstein*
                                   Joshua D. Levin-Epstein, Esq.
                                   Levin-Epstein & Associates, P.C.
                                   60 East 42nd Street, Suite 4700
                                   New York, New York 10165
                                   Telephone: (212) 792-0046
                                   Email: Joshua@levinepstein.com