UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Aaron Smith, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                    *Plaintiff*,

    - against –

Proguard Protection Inc., Robert Hall, and Richard Stanley,

                    *Defendants*.
---------------------------------------------------------------X

Case No.: 22-cv-08439

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

      WHEREAS, on November 14, 2023, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Proguard Protection Inc., Robert Hall, and Richard Stanley (the "Defendants") having offered to allow Plaintiffs Aaron Smith, Tyishia Dudley, Colman Goncalvez, and Samuel Deadwyler (the "Plaintiffs"), to take a judgment against the Defendants in this action in the total sum of Seventy-Two Thousand Five Hundred Dollars and Zero Cents ($72,500.00) (the "Judgment Amount").

      WHEREAS, the total Judgment Amount is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

      WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as Exhibit "A";

      NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

                                          LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                          By: _____
                                                 Jason Mizrahi
                                                 60 East 42nd Street, Suite 4700
                                               New York, NY 10165
                                               Tel. No.: (212) 792-0048
                                               Email: Jason@levinepstein.com
                                               *Attorneys for Plaintiff*

Via ECF: All Counsel


Encl.